

**ORDERED in the Southern District of Florida on May 7, 2014.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | |
|---|---|
| In re: : | |
| : | CHAPTER 7 |
| ARTHUR LAKS AND : | |
| SHELLY SUZANNE LAKS, : | CASE NO.: 12-35062-LMI |
| : | |
|       Debtors.              / | |
| : | ADV. CASE NO: 13-01948-LMI |
| ROBERT A. ANGUEIRA, as Trustee : | |
| in Bankruptcy for Arthur & Shelly Laks, : | |
| : | |
|       Plaintiff, : | |
| vs. : | |
| : | |
| ARTHUR LAKS AND : | |
| SHELLY SUZANNE LAKS, : | |
| : | |
|       Defendants.      / | |

## ORDER OF DISMISSAL OF §727 CLAIM

THIS CAUSE was scheduled to before the Court on July 2, 2014 at 10:00 A.M. for a final Pretrial Conference. In advance of the Pretrial Conference, the Court has been advised that the Debtors, with the assistance of the Debtors' successor counsel, and the Trustee have engaged in informal discovery regarding the factual basis of the §727 Claim, and based upon the

explanations provided to the Trustee the Trustee has agreed to a voluntary dismissal of the §727 claims.  The Court, being otherwise fully advised in the premises, it is

    **ORDERED** as follows:

    1.    This adversary proceeding is dismissed.  Each party shall bear their own attorney's fees and costs.

    2.    Pursuant to Fed. R. Bankr. P. 7041, a copy of this Order will be served on the Trustee and the Assistant United States Trustee, for their review.  The Trustee and Assistant United States Trustee shall have fifteen (15) days from the entry of this Order to file objections to this Dismissal.

###

Submitted by:

ROBERT A. ANGUEIRA, P.A.
6495 SW 24 Street
Miami, FL 33155
Tel. 305-263-3328
Fax 305-263-6335
e-mail   rachel@rabankruptcy.com

Copies furnished to:
Rachel L. Ahlum, Esq.
Michael Hoffman, Esq.

U.S. Trustee
Office of the U.S. Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130